UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ED RIVERA,<br><br>        Defendant. | Case No. 00-cr-00477-SI-1<br><br>**ORDER FOR DEFENDANT'S RESPONSE TO GOVERNMENT'S PROPOSAL**<br><br>Re: Dkt. No. 59 |

The Court is in receipt of the government's most recent response regarding the compassionate release of defendant Ed Rivera. *See* Dkt. No. 59. The government proposes an alternative route to the defendant's immediate release from custody, and the Court is inclined to adopt the government's proposal absent objection from Mr. Rivera. Under the Court's prior order granting compassionate release, Dkt. No. 50, the earliest Mr. Rivera could be released from custody following a 14-day quarantine period is August 13, 2020.

Accordingly, **the Court ORDERS that defendant file a response to the government's proposal, Dkt. No. 59, no later than August 12, 2020,** in order for the Court to consider adopting the new proposal while maintaining the original release date.

**IT IS SO ORDERED**.

Dated: August 10, 2020

SUSAN ILLSTON
United States District Judge